UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. GARCIA,<br><br>               Plaintiff,<br><br>    v.<br><br>TANI CANTIL-SAKAUYE, et al.,<br><br>               Defendants. | Case No. 1:20-cv-01077-NONE-JLT (PC)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. 13) |

Plaintiff filed a motion for a thirty-day extension of time through June 5, 2021, to file objections to the Court's Findings and Recommendations filed on April 21, 2021. (Doc. 13; *see* Doc. 12). As grounds, Plaintiff indicates that he has limited access to the law library due to the COVID-19 safety measures. Upon good cause shown, the Court **GRANTS** Plaintiff's motion for an extension of time. (Docs. 13). Because June 5, 2021, is a Saturday, Plaintiff shall file a response on or before **June 7, 2021**.

IT IS SO ORDERED.

    Dated:   **May 4, 2021**              _____ **/s/ Jennifer L. Thurston**
                                                                   CHIEF UNITED STATES MAGISTRATE JUDGE